### JONES v. WILLIAMS ET AL.

*Jones v. Clark, ante,* 353, followed.

*Error to the County Court of Pitkin County.*

Messrs. WILSON & SALMON, for plaintiff in error.

Mr. PORTER PLUMB, for defendants in error.

PER CURIAM. This case presents the same question de-

cided in *A. E. Jones v. W. S. Clark and F. H. Denman,*
*ante,* p. 353, and for the reasons therein given, the judgment
will be reversed and the cause remanded.

                                            *Reversed.*